No. 74–5641. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5642. TURNER v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 74–5645. SAMUELS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5647. KILIYAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–5671. VAUGHAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5688. PHARO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5689. BISHOP v. ROSE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 74–5811. COOPER v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–5814. TRUJILLO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5821. WOJLOH v. DEVITO ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–5824. KELLY v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 74–5829. SMILGUS v. MICHIGAN CONSOLIDATED GAS CO. ET AL. Sup. Ct. Mich. Certiorari denied.